**Order entered March 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00126-CV

**Sheik Tehuti, Appellant**

**V.**

**Trans-Atlas Financial, Inc., Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06496-C**

## ORDER

Appellant's motion for court order for deposit and motion for court order judicial order for deposit are **DENIED**.

All motions pending at this time in this case are **DENIED.**

/s/ LANA MYERS
   JUSTICE